# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

DAVID A. LENNON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1438

————————————————

December 12, 2025

Appeal from the Circuit Court for Sarasota County; Dana M. Moss, Judge.

Andrea Flynn Mogensen of The Law Office of Andrea Flynn Mogensen, P.A., Sarasota, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

MORRIS, ATKINSON and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.